## COURT MINUTES
### U.S. MAGISTRATE JUDGE WILLIAM C. TURNOFF - COURTROOM X
**DATE:** 12/19/07  **TIME:** 1:30 P.M.  **PAGE:** 4

**DEFT:** GORDON M. LEBLANC, SR (J)80147-004  
**CASE NO:** 07-3547-TURNOFF

**AUSA:** J Shipley  
**ATTY:**  
**AGENT:** FBI  
**VIOL:** IND/N/D/TX-WIRE/MAIL FRAUD/MONEY LAUNDERING

**PROCEEDING:** INITIAL APPEARANCE  
**RECOMMENDED BOND:** Temp PTD  
**BOND/PTD CONTESTED HRG** - yes / no  
**CJA APP'T:**  
**BOND SET @:**  
**To be cosigned by:**  
**INTERPRETER:** -0-

- ☐ All Standard Conditions.
- ☐ Surrender / or do not obtain passports / travel documents
- ☐ Rpt to PTS as directed / or ___ x's a week/month in person; ___ x's a week/month by phone
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in a mental health assessment and treatment
- ☐ Random urine testing by Pretrial Services and/or treatment as deemed necessary
- ☐ Not to encumber property.
- ☐ Maintain or seek full - time employment/education.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ May Not visit Transportation Establishments.
- ☐ Travel extended to: ___
- ☐ Home Confinement/Electronic Monitoring/Curfew ___ paid by ___
- ☐ Other ___

**Disposition:** Rights given; A wants to hire his own atty

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE COUNSEL: | 12-20 | 10 | | |
| (PTD) BOND HEARING: | 12-21 | 10 | | |
| (PRELIM/ARRAIGN. OR REMOVAL:) | 1-4-08 | 10 | | |
| STATUS CONFERENCE | | | | |

**TAPE No.** 07-G-94  **Begin:** 1516  **TIME IN COURT:** 2