UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-3547-TURNOFF

UNITED STATES OF AMERICA,

v.                                    **WARRANT OF REMOVAL**

GORDON MAURICE LeBLANC, SR. 80147-004

A(n) _____ Complaint

__X__ Indictment  _____ Information

_____ Probation Violation Warrant

_____ Bench Warrant

having been filed in the __NORTHERN__ District of __TEXAS__

Division __DALLAS__ charging the above named defendant with
WIRE/MAIL FRAUD AND
__MONEY LAUNDERING__ and the defendant having

_____ surrendered

__X__ been arrested

in the Southern District of Florida, having had an initial appearance before the Court and having:

_____ waived further hearing

__✓__ been given a hearing in accordance with **Fed.R.Crim.P. 40**.

having not posted the bail as set by the Court, the defendant is hereby committed to the custody of the United States Marshal for removal to the District where the charge is pending and delivery to the United States Marshal for that District or his lawfully authorized representative.

**DONE AND ORDERED** at Miami, Florida this 4th day of January, 2008.

TAPE NO. 08D- 2 - 1920

c:Csl & Deft, AUSA
  U.S. Marshal, Pretrial Services

UNITED STATES MAGISTRATE JUDGE
STEPHEN T. BROWN